MOE HENIG, as Administrator of the Estate of PAULINE HENIG, Deceased, Appellant, *v.* ANNETTE PADGUG, Respondent.

Argued December 6, 1938; decided January 3, 1939.

*Howard Henig* for appellant.

*Alexander E. Rosenthal* and *Irving Segal* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.